In the Matter of VITO FORTUNA, Respondent, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, Appellants. MORRIS ROTH, Intervener, Appellant.

Argued October 9, 1939; decided October 30, 1939.

*William C. Chanler, Corporation Counsel (Paxton Blair* of counsel), for Board of Standards and Appeals, appellant. *Archie H. Samuels* for Morris Roth, intervener, appellant. *Samuel Gellman* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.   Taking no part: O'BRIEN, J.